**Pablo SILVA–RODRIGUEZ, Petitioner—Appellant,**

v.

**Warden Terry O'BRIEN, Respondent— Appellee.**

**No. 10–6848.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Nov. 30, 2010.

Pablo Silva–Rodriguez, Appellant Pro Se. Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pablo Silva–Rodriguez, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Silva–Rodriguez v. O'Brien,* No. 7:09–cv–00497–jct–mfu, 2010 WL 2326539 (W.D.Va. June 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*